**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 21-80120-CR-CANNON**

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**VICTOR SAMUEL SIQUINA-FUENTES**,
**a/k/a Pedro Santiago Siquina-Siquina**

      Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by

Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 26].  On December

30, 2021, Magistrate Judge Reinhart held a Change of Plea hearing during which Defendant pled

guilty to Counts One and Two of the Indictment [ECF No. 12] pursuant to a written plea agreement

and factual proffer [ECF No. 23].  Magistrate Judge Reinhart thereafter issued a Report and

Recommendation on Change of Plea [ECF No. 26].  No party has filed objections to the Report,

and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report.  Therefore,

it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 26] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Victor Samuel Siquina-Fuentes as to Counts

   One and Two of the Indictment is **ACCEPTED**;

3. Defendant Victor Samuel Siquina-Fuentes is adjudicated guilty of Counts One and Two

   of the Indictment. Count One charges Defendant with failure to register as a sex

offender, in violation of 18 U.S.C. § 2250(a).  Count Two charges defendant with

illegal reentry after deportation, in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 1st day of February 2022.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record